IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BUFORD ULE LESTER, JR., #178040,

    Plaintiff,                  :

vs.                            :   CIVIL ACTION 06-0393-BH-M

SGT. HADLEY, et al.,        :

    Defendants.            :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is **ORDERED** that Plaintiff's "Pro-SE: Amendment to Initial 42 U.S.C. Sec. 1983 Complaint Filed as Civil Action 06-0393-BH-

---

[1] Plaintiff's "Motion to Correct the incorrect facts of the Report and Recommendation of the United States Magistrate Judge" (Doc. 19) has been deemed by this Court to constitute plaintiff's Objections to the Report & Recommendation entered by the Magistrate Judge on May 15, 2007 (Doc. 10). The Court specifically notes that the plaintiff "accepts the Magistrate Judge's Recommendation to not include the Sheriff Jimmy Johnson."

M" (Doc. 7) be **GRANTED** in part and **DENIED** to the extent that it seeks to add as a Defendant Sheriff Jimmy Johnson.

**DONE** this 31st day of May, 2007.

s/ W. B. Hand<br>SENIOR DISTRICT JUDGE