```
             IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

BUFORD ULE LESTER AIS #178040,    :

    Plaintiff,                   :

vs.                               :    CIVIL ACTION 06-0393-KD-M

SGT. HADLEY, et al.,              :

    Defendants.                  :


<u>ORDER</u>

    The Court has received payments from plaintiff totaling $350.00.  The filing fee in this action, therefore, has been paid.  Accordingly, the Alabama Department of Corrections is no longer required to collect funds from plaintiff's inmate account for payment of the filing fee in this action.  The Clerk is **DIRECTED** to send a copy of this Order to the Commissioner of the Alabama Department of Corrections or his designee and to the business manager of the institution where plaintiff is incarcerated, Holman Correctional Facility, Holman 3700, Atmore, Alabama 36503.

    DONE this 26th day of February, 2009.

                                                  <u>s/BERT W. MILLING, JR.</u>
                                                 UNITED STATES MAGISTRATE JUDGE