## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BUFORD ULE LESTER, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **CIVIL ACTION NO. 06-393-KD-M** |
| v. | ) |
| | ) |
| | ) |
| **SGT. HADLEY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this **30th** day of **March, 2009.**

　　　　　　　　　　　　　　　　　　　　 /s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**