**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BUFORD ULE LESTER, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **CIVIL ACTION NO. 06-393-KD-M** |
| **v.** | ) |
| | ) |
| | ) |
| **SGT. HADLEY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby

**DISMISSED** with prejudice.

**DONE** and **ORDERED** this **30**th day of **March, 2009.**

　　　　　　　　　　　　　　 /s/ Kristi K. DuBose
　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**